

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00421-CR

Santiago "Jimmy" **LOMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 8581-A
Honorable Enrique Fernandez, Judge Presiding

PER CURIAM

Sitting:        Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  February 8, 2017

REVERSED AND REMANDED

This is an appeal from a trial court's order denying appellant's motion for post-conviction DNA testing. After appellant's brief was filed, but before the State filed its brief, the parties filed a "Motion to Enter Agreed Order to Conduct DNA Testing on Biological Materials." Based on the parties' agreed motion, we reverse the trial court's order denying appellant's motion for DNA testing and remand the matter to the trial court for further proceedings consistent with the parties' agreed motion. *See* TEX. R. APP. P. 43.2(d); *see also* TEX. R. APP. P. 43.3(a).

PER CURIAM

DO NOT PUBLISH